```
                              FILED
                  CLERK, U.S. DISTRICT COURT

                         NOV - 7 2014

                  CENTRAL DISTRICT OF CALIFORNIA
                  BY                      DEPUTY
```

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>CARLOS DANIEL GARCIA,<br><br>Defendant. | Case No. SA CR 10-26 DSF<br><br>ORDER OF DETENTION<br><br>[Fed. R. Crim. P. 31.1(a)(6);<br>18 U.S.C. § 3143(a)(1)] |

## I.

The Court conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a) following Defendant's arrest for alleged violation(s) of the terms of Defendant's ☐ probation / ☒ supervised release.

II.

The Court finds that

A. ☒ Defendant has not carried his/her burden of establishing by clear and convincing evidence that Defendant will appear for further proceedings as required if released [18 U.S.C. § 3142(b-c)]. This finding is based on:

  ☒ Lack of bail resources
  ☒ Refusal to interview with Pretrial Services
  ☐ No stable residence or employment
  ☒ Previous failure to appear or violations of probation, parole, or release
  ☐ Ties to foreign countries
  ☒ Allegations in petition
  ☐

B. ☒ Defendant has not carried his/her burden of establishing by clear and convincing evidence that Defendant will not endanger the safety of any other person or the community if released [18 U.S.C. § 3142(b-c)]. This finding is based on:

  ☐ Nature of previous criminal convictions
  ☒ Allegations in petition
  ☐ Substance abuse
  ☐ Already in custody on state or federal offense
  ☐

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

III.

IT IS THEREFORE ORDERED that the defendant be detained pending further proceedings.

Dated: November 7, 2014

_____
HON. MICHAEL R. WILNER
UNITED STATES MAGISTRATE JUDGE